SHERYL A. STRAIN
CHAPTER 7 TRUSTEE
1875 E. ALLUVIAL AVE., #101
FRESNO, CA 93720
PHONE: (559) 297-3267
FAX: (559) 297-3272

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of:

ROBB LEWIS

Debtor.

Case No.: 09-16369-A-7

DC No. SAS-002

**MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY**
11 U.S.C. §363

Date: April 14, 2010
Time: 9:00 a.m.
Dept: A
Judge: Honorable Whitney Rimel

TO THE HONORABLE WHITNEY RIMEL UNITED STATES BANKRUPTCY JUDGE:

Sheryl A. Strain respectfully represents:

1. She is the duly appointed, qualified, and acting Trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on or about July 7, 2009, and Sheryl A. Strain was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363

4. Among the assets of this estate is a 1994 -29' Dutch Travel Trailer, (the

trailer)(listed on schedules as 1994 Dutch Travel Trailer) with an approximate fair market value of $4,200.00.

5.   The debtor's schedule listed the value of the 1994 travel trailer at $4,000.00.

6.   The Trustee has received an offer from the debtor, Robb Lewis, to purchase the trailer for the total sum of $3,000.00 cash.  The total sum of $3,000.00 has been received by the estate.

7.   In deciding to accept the proposed offer, the Trustee took into consideration the fair market value of the travel trailer and the costs associated with taking possession of, storing, and selling the tractor at auction.  The Trustee does not believe that the estate would net a higher amount by selling the vehicle at auction.

8.   The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE,** the Trustee prays that after appropriate notice and opportunity to be heard, she be authorized to sell the above-described asset to the debtor, Robb Lewis, for the total sum of $3,000.00.

**DATED**:     3/15/10

_____/s/_____
Sheryl A. Strain
Chapter 7 Trustee